**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:26cr05 |
| | ) | **Electronic Filing** |
| **DOUGLAS ZYCH** | ) | |

**ORDER OF COURT**

AND NOW, this 13th day of May, 2026, defendant having filed a Motion for Extension of Time to File Pretrial Motions, and the Court having given the matter due consideration, IT IS HEREBY ORDERED that defendant's motion (ECF 23) is **GRANTED**.  The defendant shall file his pretrial motions on or before **May 19, 2026**.

IT IS FURTHER ORDERED that the time from May 19, 2026, through May 27, 2026, be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.  Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  For the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that, pursuant to Local Criminal Rule 12.1(c), the government shall file a response and accompanying brief to any pretrial motions within fourteen (14) days of the date of service.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:     Lyle L. Dresbold, Esquire
        Michael L. Ivory, AUSA

        (*Via CM/ECF Electronic Mail*)